UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80158-CR-HURLEY/VITUNAC

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.

**FILIPE G. FERREIRA,**
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE VITUNAC'S REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO SUPPRESS

**THIS CAUSE** is before the court upon the defendant's motion to suppress [DE 46] filed February 3, 2010, and the Government's response thereto, filed February 10, 2010 [DE 48]. This matter was previously referred to United States Magistrate Judge Ann E. Vitunac pursuant to a general order of reference of all pretrial motions.

On February 25, 2010, Magistrate Judge Vitunac filed a Report and Recommendation [DE 59] upon the motion to suppress. On March 8, 2010, the defendant Filipe G. Ferreira filed his objections to the report [DE 61].

Having carefully reviewed the defendant's objections to the Report, and having made *de novo* review with respect to those portions of the report to which written formal objection has been lodged, the court finds the resolution of the issues as recommended by Magistrate Judge Vitunac to be sound and well-reasoned and accordingly will adopt the recommendation here. It is therefore **ORDERED** and **ADJUDGED**:

    1. Magistrate Judge Vitunac's February 25, 2010 [DE 59] Report and Recommendation upon defendant's motion to suppress is **ADOPTED** and **INCORPORATED** in full.

2. The defendant's motion to suppress [DE 46] is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this __10__ day of March, 2010.

                                                Daniel T. K. Hurley
                                              United States District Judge

**copy furnished:**
U.S. Magistrate Judge Ann Vitunac
AUSA A. Lothrop Morris
Allen S. Kaufman, Esq.